UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
BEVON BURGAN,

                                   Petitioner,

    -against-

LYNN LILLEY, SUPERINTENDEDNT,
      Eastern Correctional Facility

                                 Respondent.
---------------------------------------------------------------- x

**ORDER**

22 Civ. 8626 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Petitioner's filing under 28 U.S.C. 2254 is accepted, even though a motion for reconsideration is pending in State Court. Respondent shall have 30 days to Answer after the pending motion is decided.

        SO ORDERED.

Dated:    October 16, 2022        /s/ Alvin K. Hellerstein
            New York, New York      ALVIN K. HELLERSTEIN
                                          United States District Judge