**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------

Bevon Burgan

      -against-

Lynn Lilley,
Superintendent of Eastern Correctional Facility

------------------------------------------x

**ORDER**

22cv8626 (AKH)
Docket #

    Brought before this Court is an application for the appointment of counsel pursuant to the Criminal Justice Act. Upon the request of the attorney and the consent of the ~~defendant~~ *Plaintiff*, and

    According to Section VII(D) of the Southern District of New York's Revised Plan for Furnishing Representation pursuant to the Criminal Justice Act (CJA Plan), the Court having found that there is good cause which renders it in the interests of justice to appoint an attorney not employed by the Federal Defenders of New York, Inc. or a member of the Criminal Justice Act Panel to represent the ~~defendant~~ *Plaintiff*,

    IT IS HEREBY ORDERED that *Plaintiff* __Andrea G. Hirsch__ is appointed to represent the ~~defendant~~. This appointment shall constitute a temporary appointment to the CJA Panel for the purposes of this case only. The attorney is hereby directed to contact the CJA Clerk, (212) 805-0640, regarding billing practices.

Andrea G. Hirsch
Print Attorney's Name

110 East 59th Street (23rd Fl)
Address

New York, NY 10022

212-267-1411
Telephone

SO ORDERED:

_____
Alvin K. Hellerstein, U.S. District Judge

5-30-23
DATED

_____
Laura Taylor Swain
Chief Judge

5/30/23
DATED